The Florida Central and Peninsular Railroad Company, Appellant, vs. Lizzie Carew, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Hillsborough county; Evelyn C. Maxwell, Judge.

*P. O. Knight,* for Appellant.

*Gunby & Gibbons* and *William Hunter,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.